UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHIRLEY GOMES on her own behalf and
others similarly situated,

                    Plaintiff,

vs.                                        Case No.   2:09-cv-359-FtM-29SPC

TANT'S 60 MINUTE CLEANERS, INC. a
Florida corporation; NANCY CINDY
TANT individually,

                    Defendants.
_____


**OPINION AND ORDER**

     This matter is before the Court on consideration of the
Magistrate Judge's Report and Recommendation (Doc. #28), filed
November 19, 2009, recommending the parties' Notice of Filing,
construed as a motion to approve the settlement, be granted, the
settlement approved, and the case dismissed.  No objections have
been filed and the time to do so has expired.

     After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983).  In the absence of specific
objections, there is no requirement that a district judge review
factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9
(11th Cir. 1993), and the court may accept, reject or modify, in
whole or in part, the findings and recommendations.  28 U.S.C. §

636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds the settlement to be fair and reasonable.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. #28) is hereby **adopted** and the findings specifically incorporated herein.

2.  The Notice of Filing (Doc. #27), construed as a motion, is **GRANTED** and the Settlement Agreement and Release (Doc. #27-2) is **approved** as fair and reasonable.

3.  The Clerk shall enter judgment dismissing the case with prejudice, terminate all deadlines and motions as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __4th__ day of December, 2009.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
Parties of Record